The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. MJ17-207 |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNOPPOSED |
| v. ) | MOTION TO EXTEND THE |
| ) | INDICTMENT DEADLINE |
| BENJAMIN HOGAN, ) | |
| Defendant. ) | |

THE COURT has considered the unopposed motion to extend the indictment deadline in this matter, Mr. Hogan's waiver, and the record in this case. The Court finds that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further investigation, research, and advising of Mr. Hogan and the interest of justice is served by granting an extension to afford counsel reasonable time necessary to accomplish those tasks. The government does not oppose the request to extend the indictment deadline from September 20, 2017 to November 10, 2017.

IT IS ORDERED that the date on or before an indictment must be filed is extended to November 10, 2017.

DONE this 1st day of September, 2017.

Mary Alice Theiler
United States Magistrate Judge

Presented by:
s/ *Vanessa Pai-Thompson*
Attorney for Benjamin Hogan

(PROPOSED) ORDER GRANTING
UNOPPOSED MOTION TO EXTEND
INDICTMENT DEADLINE
(*USA v. Benjamin Hogan*; MJ17-207) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100